IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| VENCE THOMPSON,           § | |
|     Petitioner,          § | |
| VS.                       § | CIVIL ACTION NO.4:06-CV-082-Y |
|                            § | |
| NATHANIEL QUARTERMAN,     § | |
| Director, T.D.C.J.        § | |
| Correctional Institutions Div., § | |
|     Respondent.         § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Vence Thompson under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 19, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 2, 2007.

The Court, after de novo review,[1] concludes that Thompson's objection must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Vence Thompson's petition for writ of habeas corpus is DENIED.

SIGNED March 6, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Even though Thompson has asserted a specific objection to the magistrate judge's report as to only one claim, the Court has completed a de novo review of the entire case.